On respondent's motion to dismiss petition for review filed May 29, motion to dismiss denied November 17, 1980

OREGON BUSINESS PLANNING COUNCIL,
*Petitioner,*

*v.*

DEPARTMENT OF LAND CONSERVATION DEVELOPMENT,
*Respondent.*

(CA 17502)

619 P2d 1300

David G. Frost, Hillsboro, appeared for petitioner.

James M. Brown, Attorney General, Walter L. Barrie, Solicitor General, and Mary J. Deits, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Thornton and Buttler, Judges.

PER CURIAM.

**PER CURIAM**

The motion to dismiss is denied to the extent it contends that the order appealed from is a rule. *Oregon Business Planning Council v. LCDC,* 49 Or App 153, 619 P2d 1291 (1980). The motion to dismiss is denied with leave to renew in brief and argument to the extent it contends that this appeal is not from a final order.